UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Bradley Hoyt, 430 Oak Grove, LLC, and Continental Property Group, Inc., | Civil No. 10-CV-3680 (SRN/FLN) |
| Plaintiffs, | ORDER |
| v. | |
| Lisa R. Goodman, Scott Mayer, and Michael Marn, | |
| Defendants. | |

LuAnn M. Petricka, Petricka Law Firm, PA, 527 Marquette Ave. South, Suite 2100, Minneapolis, Minnesota 55402; Rolin L. Cargill & William R. Skolnick, Skolnick & Shiff, PA, 527 Marquette Ave. South, Suite 2100, Minneapolis, Minnesota 55402, for Plaintiffs

Charles N. Nauen & Gregory J. Myers, Lockridge, Grindal, Nauen, PLLP, 100 Washington Ave. South, Suite 2200, Minneapolis, Minnesota 55401, for Defendant Goodman

Christopher J. Hoffer, Bolt & Hoffer Law Firm, 3340 Northdale Blvd. Northwest, Suite 130, Coon Rapids, Minnesota 55448, for Defendants Mayer and Marn.

SUSAN RICHARD NELSON, United States District Court Judge

Before the Court is the Motion to Dismiss filed by Defendant Goodman [Doc. No. 3] and the Motion to Dismiss filed by Defendants Mayer and Marn [Doc. No. 13]. Alternatively, Defendants move to stay this matter pending final resolution of a related state court proceeding. A hearing on Defendants' motions was held before the undersigned judge on February 23, 2011. For the reasons set forth below, the Court stays the current action.

**I.   BACKGROUND**

This litigation, in which Plaintiffs allege civil conspiracy and violations of 42 U.S.C. §